FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 13-04541-8-RDD | Trustee Name: | George Mason Oliver |
|---|---|---|---|
| Case Name: | GUTHRIE, GEORGE FRANCIS | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 08/19/2013 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | house & lot located at 9715 Dolphin Ridge Rd., Emerald Isle, Carteret County, NC (Lot 71 Dolphin Ridge) | $1,222,752.00 | $0.00 | | $0.00 | $1,222,752.00 | $1,856,677.00 | $0.00 |
| 2 | boat slip, Slip 6 Dock A Cannonsgate at Bogue Sound, Carteret County, NC (is owned by debtor & spouse) | $50,000.00 | $0.00 | | $0.00 | $50,000.00 | $59,632.00 | $0.00 |
| 3 | house & lot located at 5717 Ocean Dr., Emerald Isle, Carteret County, NC (Lot 2, Block A Surf Landing Cove) (is owned by debtor & spouse) | $2,239,714.00 | $759,714.00 | | $0.00 | $2,239,714.00 | $1,480,000.00 | $0.00 |
| 4 | vacant lot located at 111 Sea Isle Dr., Indian Beach, Carteret County, NC (Lot 14 Sea Isle Plantation) | $522,000.00 | $0.00 | | $0.00 | $522,000.00 | $672,000.00 | $0.00 |
| 5 | sound advantage checking account #6830 with Sound Bank | $4,500.00 | $4,500.00 | | $0.00 | $4,500.00 | $0.00 | $0.00 |
| 6 | 1/2 interest in dishes, silverware, cookware, etc. | $100.00 | $100.00 | | $0.00 | $100.00 | $0.00 | $0.00 |
| 7 | 1/2 interest in living room furniture | $250.00 | $250.00 | | $0.00 | $250.00 | $0.00 | $0.00 |
| 8 | 1/2 interest in den furniture | $250.00 | $250.00 | | $0.00 | $250.00 | $0.00 | $0.00 |
| 9 | 1/2 interest in bedroom furniture | $700.00 | $700.00 | | $0.00 | $700.00 | $0.00 | $0.00 |
| 10 | 1/2 interest in dining room furniture | $1,500.00 | $1,500.00 | | $0.00 | $1,500.00 | $0.00 | $0.00 |
| 11 | 1/2 interest in lawn furniture | $325.00 | $325.00 | | $0.00 | $325.00 | $0.00 | $0.00 |
| 12 | 1/2 interest in 3 televisions | $175.00 | $175.00 | | $0.00 | $175.00 | $0.00 | $0.00 |
| 13 | 1/2 interest in stereo | $100.00 | $100.00 | | $0.00 | $100.00 | $0.00 | $0.00 |
| 14 | 1/2 interest in 2 VCRs | $20.00 | $20.00 | | $0.00 | $20.00 | $0.00 | $0.00 |
| 15 | 1/2 interest in 2 DVD players | $40.00 | $40.00 | | $0.00 | $40.00 | $0.00 | $0.00 |
| 16 | 1/2 interest in paintings & art | $750.00 | $750.00 | | $0.00 | $750.00 | $0.00 | $0.00 |
| 17 | 1/2 interest in books, pictures, nic nacs, collectibles, etc. | $750.00 | $750.00 | | $0.00 | $750.00 | $0.00 | $0.00 |
| 18 | clothing & personal items | $200.00 | $200.00 | | $0.00 | $200.00 | $0.00 | $0.00 |
| 19 | jewelry | $200.00 | $200.00 | | $0.00 | $200.00 | $0.00 | $0.00 |
| 20 | reduced life insurance policy #9034 with New York Life (son is beneficiary) | $951.00 | $951.00 | | $0.00 | $951.00 | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 13-04541-8-RDD | Trustee Name: | George Mason Oliver |
|---|---|---|---|
| Case Name: | GUTHRIE, GEORGE FRANCIS | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 08/19/2013 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 21 | IRA with API Funds | $6,000.00 | $6,000.00 | | $0.00 | $6,000.00 | $0.00 | $0.00 |
| 22 | federal & state income tax refund for 2012 | $8,580.00 | $8,580.00 | | $8,588.68 | $0.00 | $0.00 | $0.00 |
| 23 | 2006 Toyota Tundra 4x4 (VIN: 5TBKT42196S482852) (129,000 miles) | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 | $0.00 | $0.00 |
| | TOTALS (Excluding unknown value) | $4,069,857.00 | $795,105.00 | | $8,588.68 | $4,061,277.00 | $4,068,309.00 | $0.00 |

**Major Activities affecting case closing:**
Pending objection to exemptions and motion to sell interest in 5717 Ocean Drive. Trustee has resolved issues with Debtor on some non-exempt equity.

| Initial Projected Date Of Final Report (TFR): | 06/30/2014 | Current Projected Date Of Final Report (TFR): | 06/30/2014 | /s/ GEORGE MASON OLIVER |
|---|---|---|---|---|
| | | | | GEORGE MASON OLIVER |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-04541-8-RDD | Trustee Name: | George Mason Oliver |
|---|---|---|---|
| Case Name: | GUTHRIE, GEORGE FRANCIS | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7440 | Checking Acct #: | ******4541 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 7/22/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/22/2013 | (22) | State Treasurer | state income tax refund | 1129-000 | $3,180.68 | | $3,180.68 |
| 08/22/2013 | (22) | United States Treasury | federal tax refund | 1129-000 | $5,408.00 | | $8,588.68 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.52 | $8,585.16 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.40 | $8,571.76 |
| 09/30/2013 | 3001 | International Sureties LTD | Bond Payment | 2300-000 | | $13.03 | $8,558.73 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.81 | $8,544.92 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.34 | $8,531.58 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.76 | $8,517.82 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | | $8,588.68 | $70.86 | $8,517.82 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $8,588.68 | $70.86 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $8,588.68 | $70.86 | |

| For the period of 7/22/2013 to 12/31/2013 | | For the entire history of the account between 08/22/2013 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,588.68 | Total Compensable Receipts: | $8,588.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,588.68 | Total Comp/Non Comp Receipts: | $8,588.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $70.86 | Total Compensable Disbursements: | $70.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.86 | Total Comp/Non Comp Disbursements: | $70.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-04541-8-RDD | Trustee Name: | George Mason Oliver |
|---|---|---|---|
| Case Name: | GUTHRIE, GEORGE FRANCIS | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7440 | Checking Acct #: | ******4541 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 7/22/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,588.68 | $70.86 | $8,517.82 |

| For the period of 7/22/2013 to 12/31/2013 | | For the entire history of the case between 07/22/2013 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,588.68 | Total Compensable Receipts: | $8,588.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,588.68 | Total Comp/Non Comp Receipts: | $8,588.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $70.86 | Total Compensable Disbursements: | $70.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.86 | Total Comp/Non Comp Disbursements: | $70.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |